UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARARD ACHELLES, 450380** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-715** |
| **WARDEN, DARRYL VANNOY** | **SECTION: "A"(5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Achelles's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Garard Achelles's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

December 10, 2021

_____
**JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE**